| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* MO-02-CR-008 (01) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>ALEC MCLEOD BOYKIN<br><br>1162 INGERSON STREET<br><br>SAN FRANCISCO, CALIFORNIA | DISTRICT<br><br>WESTERN/TEXAS | DIVISION<br><br>MIDLAND |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>THE HONORABLE ROBERT JUNELL | |
| | DATES OF PROBATION/ SUPERVISED RELEASE<br><br>08-09-2006 | FROM<br><br>08-09-2006 | TO<br><br>09-08-2008 |

OFFENSE

AIDING AND ABETTING/TRANSPORTATION OF ILLEGAL ALIENS FOR COMMERCIAL ADVANTAGE AND FINANCIAL GAIN in violation of 8 U.S.C. 1324 (a)(2)(B)(2)(ii) & 18 U.S.C. 2:

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___TEXAS___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___NORTHERN DISTRICT OF CALIFORNIA___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___10/10/07___
*Date*

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___October 22, 2007___
*Effective Date*

*[signature]*
United States District Judge